Date: 1-14-11

Judge: John F. Anderson
Reporter: FTR

Start: 10:10
Finish: 10:15

Civil Action Number: 11-15-CV

Project Honey Pot

vs.

John Does

Appearances of Counsel for ( ✓ ) Plif ( ) Deft
( ) Matter is uncontested
Motion to/for:
Plf" " discovery   (no representation for John Does)
denied w/o prejudice

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

5