IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAN 1 4 2011

| | |
|---|---|
| PROJECT HONEY POT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:11cv0015 (LMB/JFA) |
| JOHN DOES, | ) |
| Defendants. | ) |

## ORDER

On Friday, January 14, 2011, counsel for the plaintiff appeared before the Court and presented argument on plaintiff's Motion for Limited Authority to Conduct Discovery Necessary to Identify and Serve Defendant (Docket no. 2) ("Motion to Take Discovery"). Upon consideration of the motion, plaintiff's memorandum in support (Docket no. 3), the argument of counsel for the plaintiff, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion to Take Discovery is denied without prejudice.

Entered this 14th day of January, 2011.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia