AO 440 (Rev. 12/09) Summons in a Civil Action

COPY

RECEIVED SPS *[signature]*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2011 MAY 19  A 11: 12

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Project Honey Pot, a dba of Unspam Technologies Inc. <br> *Plaintiff* <br> v. <br> Andrey Chernuk and Boris Livshits, dba Toronto Pharmacy <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:11 CV 15 LMB/JFA

*AMENDED COMPLAINT*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrey Chernuk

   1901 60th Place E, Box L4385
   Bradenton, FL 34203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mr. Jon Praed, Esq. (VSB #40678)
   c/o Internet Law Group
   4121 Wilson Boulevard, Suite 101
   Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                         *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2011 MAY 19 A 11: 14

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Project Honey Pot, a dba of Unspam Technologies Inc. <br> *Plaintiff* <br> v. <br> Andrey Chernuk and Boris Livshits, dba Toronto Pharmacy <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 1:11 CV 15 LMB/JFA |

AMENDED COMPLAINT
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Boris Livshits

   2950 NE 32nd Avenue, Box A1374
   Fort Lauderdale, Florida 33308-7219

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mr. Jon Praed, Esq. (VSB #40678)
   c/o Internet Law Group
   4121 Wilson Boulevard, Suite 101
   Arlington, VA 22203

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*