# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Project Honey Pot, a dba of Unspam Technologies, Inc., et al., <br>  Plaintiffs, <br> v. <br><br> Andrey Chernuk, et al., <br>  Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 1:11CV15  LMB/JFA |

### PLAINTIFFS' MOTION TO VACATE OCTOBER 26, 2011 ORDER RE: DEFAULT JUDGMENT

Plaintiffs hereby move the Court to vacate its October 26, 2011 Order (Doc. #50). This motion is based on Rule 55 and Local Rule 7.  No hearing has been set, and plaintiffs believe this motion can be decided on the papers.  A short memorandum in support has been submitted, along with a proposed Order granting the requested relief.

Dated:  November 17, 2011                Respectfully submitted,

/s/
_____

Jon L. Praed
VSB #40678
Attorney for Plaintiffs
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia  22203
Phone: (703) 243-8100 x223
Fax:  (703) 522-1527
jon.praed@i-lawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Philip Sherrod
Hirschler Fleischer, PC
PO Box 500
Richmond, VA 23218-0500
asherrod@hf-law.com

John Alexander Trocki , III
Morrison & Foerster LLP (McLean)
1650 Tysons Blvd, Suite 400
McLean, VA  22102
jtrocki@mofo.com

Eric Joseph Rahn
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C.  20006
eric.j.rahn@bakernet.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

None

/s/

Jon L. Praed
VSB #40678
Attorney for Plaintiffs
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia  22203
Phone: (703) 243-8100 x223
Fax:  (703) 522-1527
jon.praed@i-lawgroup.com