IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PROJECT HONEY POT, et al., )
)
    Plaintiffs, )
)
v. ) 1:11cv15 (LMB/JFA)
)
JOHN DOES, et al., )
)
    Defendants. )
)

## ORDER

For the reasons stated in open Court, defendants DnB Nord Banka's and ZAO Raiffeisenbank's motions to dismiss [Dkt. Nos. 35 and 72] are GRANTED and plaintiffs' Motion to Vacate October 26, 2011 Order Re: Default Judgment [Dkt. No. 96] is DENIED. Accordingly, it is hereby

ORDERED that this civil action be and is DISMISSED WITHOUT PREJUDICE as to DnB Nord Banka and ZAO Raiffeisenbank.

The parties are advised that if defendant Livshits does not file a response to this action by close of business on Wednesday, December 7, 2011, the Court will promptly schedule an ex parte proof of damages hearing.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of December, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge