UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FILED
DEC -8 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Project Honey Pot, a dba of Unspam )
Technologies, Inc., et al., )
    Plaintiffs, )
v. )    No. 1:11CV15 LMB/JFA
 )
Andrey Chernuk, et al., )
    Defendants. )

### NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT ST KITTS-NEVIS-ANGUILLA NATIONAL BANK

PLEASE TAKE NOTICE that Plaintiffs, Project Honey Pot, a dba of Unspam Technologies, Inc.; and John Doe, through counsel, do hereby voluntary dismiss, without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted by Plaintiffs in the Second Amended Complaint against defendant St. Kitts-Nevis-Anguilla National Bank.

Dated: December 8, 2011

Respectfully submitted,

/s/
_____

Jon L. Praed
VSB #40678
Attorney for Plaintiffs
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia 22203
Phone: (703) 243-8100 x223
Fax: (703) 522-1527
jon.praed@i-lawgroup.com

So Ordered

/s/ _____ 12/8/11
Leonie M. Brinkema
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Philip Sherrod
Hirschler Fleischer, PC
PO Box 500
Richmond, VA 23218-0500
asherrod@hf-law.com

John Alexander Trocki, III
Morrison & Foerster LLP (McLean)
1650 Tysons Blvd, Suite 400
McLean, VA 22102
jtrocki@mofo.com

Eric Joseph Rahn
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006
eric.j.rahn@bakernet.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

St. Kitts Nevis Anguilla National Bank
Central Street
Basseterre, St. Kitts

/s/
_____

Jon L. Praed
VSB #40678
Attorney for Plaintiffs
Internet Law Group
4121 Wilson Boulevard, Suite 101
Arlington, Virginia 22203
Phone: (703) 243-8100 x223
Fax: (703) 522-1527
jon.praed@i-lawgroup.com

2