IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY 11 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| PROJECT HONEY POT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOES, et al.,<br><br>Defendants. | 1:11cv15 (LMB/JFA) |

### ORDER

For the reasons stated in open court and in a Memorandum Opinion to be issued in the near future, it is hereby

ORDERED that plaintiffs' Motion to Alter Judgment Dismissing Defendants DnB Nord Bank and Raiffeisenbank [Dkt. No. 128] be and is DENIED. Plaintiffs are advised that no further motions for reconsideration will be considered. The time to appeal this decision will not begin to run until the issuance of the Memorandum Opinion; and it is further

ORDERED that plaintiffs' counsel must notify the recipients of any outstanding subpoenas that this civil action is closed, that the subpoenas are null and void, and that the recipients are not to respond. Plaintiffs' counsel must file with the Court copies of these notifications forthwith.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11th day of May, 2012.

Alexandria, Virginia

/s/ *signature*
Leonie M. Brinkema
United States District Judge